# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 21-3997-JFW(ASx)** | Date: July 6, 2021 |

Title: Michelle Williams -v- Regional Acceptance Corporation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

In the Court's Scheduling and Case Management Order ("CMO"), the Court set June 28, 2021 as the last day to conduct a Settlement Conference, and July 2, 2021 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Defendant's Report Re: Results of Settlement Conference/Mediation filed on July 2, 2021, it appears that Plaintiff has violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of June 28, 2021

Accordingly, Plaintiff is ordered to show cause in writing by **July 10, 2021** why the Court should not dismiss this action for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_