Case No.　**CV 21-3997-JFW(ASx)**　　　　　　　　　　　Date:  July 14, 2021

Title:　Michelle Williams -v- Regional Acceptance Corporation

**PRESENT:**

　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

　　Shannon Reilly　　　　　　　　　　None Present
　　Courtroom Deputy　　　　　　　　Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　None　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　ORDER DISMISSING ACTION

　　On July 6, 2021, the Court issued an Order to Show Cause, ordering Plaintiff Michelle Williams ("Plaintiff") to show cause in writing by July 10, 2021, why the Court should not should not dismiss this action for violating the Court's Scheduling and Case Management Order.  In the Order to Show Cause, the Court specifically stated that "[f]ailure to respond to the Order to Show Cause will result in the dismissal of this action."  Plaintiff has failed to respond to the Court's Order to Show Cause.

　　Accordingly, the Court hereby **DISMISSES** this action without prejudice . See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　IT IS SO ORDERED.